MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: randall.luskey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | YGR<br>No. cr 12-00582 ygr |
| Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 20, 2012 TO OCTOBER 25, 2012 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| MILTON GAMEZ FIERRO, | |
| Defendant. | |

On September 7, 2012, at the request of both parties, the Court set a date of September 20, 2012 for an entry of plea for defendant Milton FIERRO. Due to unforseen developments that will require additional investigation prior to any change of plea, the parties now jointly request that the entry of plea be continued until October 25, 2012 at 2:00 p.m. After discussions between the government and defense counsel, defendant FIERRO now believes it is in his best interests to postpone the entry of plea to October 25, 2012 in order to afford him additional time to investigate the case. With the agreement and consent of FIERRO and the government, the Court

JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PLEA

enters this order scheduling an entry of plea on October 25, 2012 at 2:00 p.m. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 20, 2012 to October 25, 2012 as to defendant FIERRO.

IT IS SO STIPULATED:

DATED: September 18, 2012      /s/
                               DAVID ANDERSEN
                               Attorney for Defendant

DATED: September 18, 2012      /s/
                               RANDY S. LUSKEY
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: September 19, 2012      
                               HON. YVONNE GONZALEZ ROGERS
                               United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING PLEA
2