MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724)
   E-Mail: randall.luskey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>MILTON GAMEZ FIERRO, )<br>)<br>   Defendant. )<br>_____ ) | No. cr 12-00582 YGR<br><br>[PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM OCTOBER 25, 2012 TO NOVEMBER 15, 2012 |

At the request of the parties, the Court set a date of October 25, 2012 for an entry of plea for defendant Milton FIERRO and excluded time under the Speedy Trial Act up to that date. Due to new developments that may alter the terms of the proposed Plea Agreement, the parties now jointly request that the entry of plea be continued until November 15, 2012 at 2:00 p.m. After discussions between the government and defense counsel, defendant FIERRO now believes it is in his best interests to postpone the entry of plea to November 15, 2012. With the agreement and consent of FIERRO and the government, the Court enters this order scheduling an

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING PLEA

entry of plea on November 15, 2012 at 2:00 p.m.  The parties are not requesting that the time between October 25, 2012 and November 15, 2012 be excluded under the Speedy Trial Act as to defendant FIERRO.

IT IS SO STIPULATED:

DATED: October 23, 2012 _____/s_____
DAVID ANDERSEN
Attorney for Defendant

DATED: October 23, 2012 _____/s_____
RANDY S. LUSKEY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 23, 2012 _____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge