```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  RANDY S. LUSKEY (CABN 240915)
    Assistant United States Attorney
 5
       450 Golden Gate Ave., Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7200
 7     Fax: (415) 436-7234
       E-Mail: randall.luskey@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 12-00582 YGR |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF DISMISSAL |
| v. | ) AND ORDER |
| MILTON GAMEZ FIERRO, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information.

DATED: January 30, 2013        Respectfully submitted,

                               MELINDA HAAG
                               United States Attorney


                               _____/s/_____
                               MIRANDA KANE
                               Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-00582 YGR)

Leave is granted to the government to dismiss the Information.

Date: January 30, 2013

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge